**FILED**

**FEB 23 2017**

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-23323-GLT |
| | : | Chapter: 7 |
| Mary C. Andreassi | : | |
| | : | Date: 2/23/2017 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:**    #24 - Relief from Automatic Stay filed by Ditech Financial LLC
        #29 - Response by Debtor

**APPEARANCES:**
    Debtor:    Dai Rosenblum
    Ditech:    James Warmbrodt

**NOTES:**

Warmbrodt - Debtor did not make mortgage payments in September 2016 through November 2016. Mortgage arrears of $2,040.95. Partial payments were made. Now delinquent for the time period between December 2016 and February 2017. Now delinquent in the amount of $1,751.66. Debtor indicated her intent to seek a loan modification, but the Debtor is currently paying under a loan modification presently in effect.

Rosenblum - Debtor became delinquent in her plan payments due to custody issues. The Debtor is making partial payments. Requests a 30-day continuance to catch up with her payments.

**OUTCOME:**

1. Matter continued to March 23, 2017 at 10:00 a.m. Parties to file a status report on March 21, 2017 identifying all payments that have been made between January 21, 2017 and March 19, 2017. (Text Order to issue).

**DATED:** 2/23/2017