IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
MAR 24 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                              : Case No.: 16-23323-GLT
                                                    : Chapter:  7
Mary C. Andreassi                                   :
                                                    : Date:     3/23/2017
           Debtor(s).                               : Time:     10:00

## PROCEEDING MEMO

**MATTER:**  #24 - Con't Relief from the Automatic Stay filed by Ditech Financial LLC
            #32 - Report of Payments filed by Debtor
            #33 - Withdrawal of Motion by Ditech Financial

**APPEARANCES:**
            Debtor:   Dai Rosenblum
            Ditech:   James Warmbrodt

**NOTES:**

Warmbrodt - Debtor has caught up with her payments. Paid almost completely through March 2017. Withdraws the Motion.

Rosenblum - No objection.

**OUTCOME:**

1. Motion for Relief from Stay denied as withdrawn. (Text Order to issue).

**DATED:** 3/23/2017