**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mary C. Andreassi** | Social Security number or ITIN   **xxx–xx–6267** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **16–23323–GLT**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mary C. Andreassi

6/20/17                                                                    **By the court:**   Gregory L. Taddonio
                                                                                                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mary C. Andreassi  
    Debtor

Case No. 16-23323-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Jun 20, 2017  
                        Form ID: 318     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.

```
db              +Mary C. Andreassi,    715 West Penn Street,    Butler, PA 16001-4141
14296592        +BAC Home Loans,    4909 Savarese Circle,    Tampa, FL 33634-2413
14296595        +Citifinancial,    110 Point Plaza,    Butler, PA 16001-2540
14296597        +Everbank,    301 W. Bay St.,    Jacksonville, FL 32202-5180
14296598        +Ginny's Inc.,    1515 21st Street,    Clinton, IA 52732-6676
14296600         One Main Financial,    Bankruptcy Department,    P.O. Box 140489,    Irving, TX 75014-0489
14296601        +Peoples Gas Bankruptcy Dept.,    Attn. Dawn Linder,    375 North Shore Drive,    Suite 600,
                  Pittsburgh, PA 15212-5866
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr              +EDI: QRSHEARER.COM Jun 21 2017 00:43:00      Robert Shearer,    5703 Brewster Lane,
                  Erie, PA 16505-1109
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 21 2017 00:54:30      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
14296591         E-mail/Text: bnc@trustamerifirst.com Jun 21 2017 00:54:18      Amerifirst Home Improvement,
                  11171 Mill Valley Rd,    Omaha, NE 68154
14296593        +E-mail/Text: jschon@basapa.org Jun 21 2017 00:54:06      Butler Area Sewer Authority,
                  100 Litman Road,    Butler, PA 16001-3294
14296594         EDI: CAPITALONE.COM Jun 21 2017 00:43:00      Capital One Bank,    P.O. Box 5155,
                  Norcross, GA 30091
14296596        +E-mail/Text: bankruptcy.bnc@ditech.com Jun 21 2017 00:54:17      Ditech Financial LLC,
                  PO Box 6172,    Rapid City, SD 57709-6172
14296599         EDI: IRS.COM Jun 21 2017 00:43:00      Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14285128         E-mail/Text: bankruptcy@remitcorp.com Jun 21 2017 00:54:40      Remit Corporation,
                  c/o Raymond W. Kessler,    36 West Main Street,    Bloomsburg, PA 17815
14296602         E-mail/Text: bankruptcy@remitcorp.com Jun 21 2017 00:54:40      Remit Corporation,
                  c/o Raymond W. Kessler, Esq.,    36 West Main Street,    Bloomsburg, PA 17815
                                                                                              TOTAL: 9
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ditech Financial LLC
aty*            +Robert Shearer,    5703 Brewster Lane,    Erie, PA 16505-1109
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:

```
              Dai Rosenblum    on behalf of Debtor Mary C. Andreassi dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Shearer    information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
                                                                                             TOTAL: 5
```