Form 154

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

41

In re:                                                                                          Bankruptcy Case No.: 16−23323−GLT

Chapter: 7

**Mary C. Andreassi**
   Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **July 20, 2018**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                          Michael R. Rhodes
  U.S. Bankruptcy Court                                                              *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 5/11/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-23323-GLT
Mary C. Andreassi                                                         Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: admin              Page 1 of 1           Date Rcvd: May 11, 2018
                             Form ID: 154             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db          +Mary C. Andreassi,    715 West Penn Street,    Butler, PA 16001-4141
14296592    +BAC Home Loans,    4909 Savarese Circle,    Tampa, FL 33634-2413
14296595    +Citifinancial,    110 Point Plaza,    Butler, PA 16001-2540
14296597    +Everbank,    301 W. Bay St.,    Jacksonville, FL 32202-5180
14296601    +Peoples Gas Bankruptcy Dept.,    Attn. Dawn Linder,    375 North Shore Drive,    Suite 600,
              Pittsburgh, PA 15212-5866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QRSHEARER.COM May 12 2018 05:18:00      Robert Shearer,    5703 Brewster Lane,
              Erie, PA 16505-1109
14296591     E-mail/Text: bnc@trustamerifirst.com May 12 2018 01:38:13      Amerifirst Home Improvement,
              11171 Mill Valley Rd,    Omaha, NE 68154
14296593    +E-mail/Text: jschon@basapa.org May 12 2018 01:37:56      Butler Area Sewer Authority,
              100 Litman Road,    Butler, PA 16001-3294
14296594     EDI: CAPITALONE.COM May 12 2018 05:18:00      Capital One Bank,    P.O. Box 5155,
              Norcross, GA 30091
14296596    +E-mail/Text: bankruptcy.bnc@ditech.com May 12 2018 01:38:08      Ditech Financial LLC,
              PO Box 6172,    Rapid City, SD 57709-6172
14296598    +EDI: CBS7AVE May 12 2018 05:19:00      Ginny's Inc.,    1515 21st Street,
              Clinton, IA 52732-6676
14296599     EDI: IRS.COM May 12 2018 05:18:00      Internal Revenue Service,
              Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14296600     EDI: AGFINANCE.COM May 12 2018 05:18:00      One Main Financial,    Bankruptcy Department,
              P.O. Box 140489,    Irving, TX 75014-0489
14285128     E-mail/Text: bankruptcy@remitcorp.com May 12 2018 01:38:36      Remit Corporation,
              c/o Raymond W. Kessler,    36 West Main Street,    Bloomsburg, PA 17815
14296602     E-mail/Text: bankruptcy@remitcorp.com May 12 2018 01:38:36      Remit Corporation,
              c/o Raymond W. Kessler, Esq.,    36 West Main Street,    Bloomsburg, PA 17815
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
aty*           +Robert Shearer,    5703 Brewster Lane,    Erie, PA 16505-1109
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
              Dai Rosenblum    on behalf of Debtor Mary C. Andreassi Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Shearer    information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert Shearer information@robertshearer.com,
               g33605@notify.cincompass.com
                                                                                               TOTAL: 5