UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | * | Bankruptcy No. 16-23323-GLT |
| | * | |
| MARY C. ANDREASSI, | * | Chapter 7 |
| Debtor | * | |
| | * | Related to Document No. 38 |
| ROBERT SHEARER, TRUSTEE, | * | |
| Movant | * | Hearing: |
| v. | * | |
| | * | |
| NO RESPONDENT | * | |

CERTIFICATE OF SERVICE OF ORDER GRANTING
APPLICATION TO EMPLOY ATTORNEY FOR CHAPTER 7 TRUSTEE

I certify under penalty of perjury that I served the above-captioned documents on the parties at the addresses specified below or on the attached list on **May 16, 2018**.

The type(s) of service made on the parties was first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.

Dated:  **May 16, 2018**

By:      */s/Robert Shearer*
Robert Shearer
Chapter 7 Trustee

PA Bar #83745

5703 Brewster Lane
Erie, PA  16505
(814) 504-2613
information@robertshearer.com

Label Matrix for local noticing
0315-2
Case 16-23323-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed May 16 13:39:49 EDT 2018

(p)AMERIFIRST HOME IMPROVEMENT FINANCE
11171 MILL VALLEY ROAD
OMAHA NE 68154-3933

Mary C. Andreassi
715 West Penn Street
Butler, PA 16001-4141

BAC Home Loans
4909 Savarese Circle
Tampa, FL 33634-2413

Butler Area Sewer Authority
100 Litman Road
Butler, PA 16001-3294

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Citifinancial
110 Point Plaza
Butler, PA 16001-2540

Ditech Financial LLC
PO Box 6172
Rapid City, SD 57709-6172

Everbank
301 W. Bay St.
Jacksonville, FL 32202-5180

Ginny's Inc.
1515 21st Street
Clinton, IA 52732-6676

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

One Main Financial
Bankruptcy Department
P.O. Box 140489
Irving, TX 75014-0489

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Gas Bankruptcy Dept.
Attn. Dawn Linder
375 North Shore Drive
Suite 600
Pittsburgh, PA 15212-5866

(p)REMIT CORPORATION
P O BOX 7
BLOOMSBURG PA 17815-0007

Dai Rosenblum
254 New Castle Road Suite B
Butler, PA 16001-2568

Robert Shearer
5703 Brewster Lane
Erie, PA 16505-1109

Robert Shearer
Robert Shearer, P.C.
5703 Brewster Lane
Erie, PA 16505-1109

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Amerifirst Home Improvement
11171 Mill Valley Rd
Omaha, NE 68154

Capital One Bank
P.O. Box 5155
Norcross, GA 30091

Remit Corporation
c/o Raymond W. Kessler
36 West Main Street
Bloomsburg, PA 17815

(d)Remit Corporation
c/o Raymond W. Kessler, Esq.
36 West Main Street
Bloomsburg, PA 17815

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ditech Financial LLC | (d)Robert Shearer<br>5703 Brewster Lane<br>Erie, PA 16505-1109 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     2<br>Total                   21 |