### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

IN RE:       Case No. 16-23323-GLT
     Chapter 7

MARY C. ANDREASSI

Debtor(s).

## NOTICE OF APPEARANCE

**LOANCARE, LLC.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven Kelly, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:      _/s/ Steven Kelly, Esquire_
Steven Kelly, Esquire,
Bar No: 308573
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
skelly@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 21st day of June, 2019, to the following:

Dai Rosenblum
254 New Castle Road
Suite B
Butler, PA 16001
dunmyrem@zoominternet.net
***Attorney for Debtor(s)***

U.S. TRUSTEE
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Robert Shearer
5703 Brewster Lane
Erie, PA 16505
***Chapter 7 Trustee***

Mary C. Andreassi
715 W Penn St
Butler, PA 16001
***Debtor(s)***

                        By:    */s/Steven Kelly, Esquire*