UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | } | Bankr. No. 16-23323-GLT |
| | } | |
| MARY C. ANDREASSI, | } | Chapter 7 |
| | } | |
| Debtor | } | Related to Document No. 47 |
| | } | |
| ROBERT SHEARER, Chapter 7 Trustee, | } | Hearing:  05/12/22 at 10:30 a.m. |
| Movant | } | |
| | } | |
| v. | } | |
| | } | |
| MARY C. ANDREASSI, | } | |
| Respondent | } | |

CERTIFICATE OF SERVICE OF
MOTION OF CHAPTER 7 TRUSTEE TO EXCEPT ASSET FROM
ABANDONMENT AND NOTICE OF HEARING AND RESPONSE DEADLINE

I certify under penalty of perjury that I served the above-captioned documents on the parties at the addresses specified below or on the attached list on April 12, 2022.

The type(s) of service made on the parties was first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.

Dated:  April 12, 2022

By:    /s/Robert Shearer
Robert Shearer
Chapter 7 Trustee
PA Bar #83745
P.O. Box 44
Manchester, PA  17345
(814) 504-2613
information@robertshearer.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 16-23323-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Apr 11 20:49:05 EDT 2022 | (p)AMERIFIRST HOME IMPROVEMENT FINANCE<br>11171 MILL VALLEY ROAD<br>OMAHA NE 68154-3933 | Mary C. Andreassi<br>715 West Penn Street<br>Butler, PA 16001-4141 |
| BAC Home Loans<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Butler Area Sewer Authority<br>100 Litman Road<br>Butler, PA 16001-3294 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Citifinancial<br>110 Point Plaza<br>Butler, PA 16001-2540 | Ditech Financial LLC<br>PO Box 6172<br>Rapid City, SD 57709-6172 |
| Everbank<br>301 W. Bay St.<br>Jacksonville, FL 32202-5180 | Ginny's<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Ginny's Inc.<br>1515 21st Street<br>Clinton, IA 52732-6676 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Steven P Kelly<br>Stern & Eisenberg, P.C.<br>1581 Main Street<br>Suite 200<br>Warrington, PA 18976-3403 | LOANCARE, LLC<br>c/o Stern & Eisenberg, PC<br>1581 Main Street, Suite 200<br>Suite 200<br>Warrington, PA 18976-3403 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | One Main Financial<br>Bankruptcy Department<br>P.O. Box 140489<br>Irving, TX 75014-0489 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Gas Bankruptcy Dept.<br>Attn. Dawn Linder<br>375 North Shore Drive<br>Suite 600<br>Pittsburgh, PA 15212-5866 |
| (p)REMIT CORPORATION<br>P O BOX 7<br>BLOOMSBURG PA 17815-0007 | Dai Rosenblum<br>254 New Castle Road Suite B<br>Butler, PA 16001-2568 | Robert Shearer<br>5703 Brewster Lane<br>Erie, PA 16505-1109 |
| Robert Shearer<br>Robert Shearer, P.C.<br>P.O. Box 44<br>Manchester, PA 17345-0044 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Amerifirst Home Improvement<br>11171 Mill Valley Rd<br>Omaha, NE 68154 | Capital One Bank<br>P.O. Box 5155<br>Norcross, GA 30091 | Remit Corporation<br>c/o Raymond W. Kessler<br>36 West Main Street<br>Bloomsburg, PA 17815 |
| (d)Remit Corporation<br>c/o Raymond W. Kessler, Esq.<br>36 West Main Street<br>Bloomsburg, PA 17815 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ditech Financial LLC | (d)Robert Shearer<br>5703 Brewster Lane<br>Erie, PA 16505-1109 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     2<br>Total                   26 |