UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | } | Bankr. No. 16-23323-GLT |
| | } | |
| MARY C. ANDREASSI, | } | Chapter 7 |
| | } | |
| Debtor | } | Related to Document No. 47 |
| | } | |
| ROBERT SHEARER, Chapter 7 Trustee, | } | Hearing: 05/12/22 at 10:30 a.m. |
| Movant | } | |
| | } | |
| v. | } | |
| | } | |
| MARY C. ANDREASSI, | } | |
| Respondent | } | |

CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO EXCEPT ASSET FROM ABANDONMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on April 12, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 29, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  May 2, 2022                     By:              */s/Robert Shearer*
                                                         Robert Shearer
                                                         Chapter 7 Trustee
                                                         PA Bar #83745
                                                         P.O. Box 44
                                                         Manchester, PA  17345
                                                         (814) 504-2613
                                                         information@robertshearer.com