FILED
5/3/22 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Bankr. No. 16-23323-GLT |
| MARY C. ANDREASSI, | Chapter 7 |
| Debtor | Related Dkt. NO. 47 |
| ROBERT SHEARER, Chapter 7 Trustee, Movant | |
| v. | |
| MARY C. ANDREASSI, Respondent | |

## ORDER OF COURT

AND NOW, to wit, this __3rd__ day of __May__, 2022, upon consideration of the Chapter 7 Trustee's Motion to Except Asset from Abandonment and after notice and opportunity for hearing, this Court's finds that the Estate has been fully administered with the exception of the Debtor's interest in the real property commonly known as 537 East Pearl Street, Butler, PA 16001, and more fully described in said Motion.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that, pursuant to 11 U.S.C. § 554(c), the Debtor's interest in the real property commonly known as 537 East Pearl Street, Butler, PA 16001, and more fully described in the Motion to Except Asset from Abandonment be and hereby is EXCEPTED from abandonment upon the closing of this case.

Prepared by:  Robert Shearer, Esquire

Dated: 5/3/22

_____
GREGORY L. TADDONIO, JUDGE
UNITED STATES BANKRUPTCY COURT

cc:
    Mary C. Andreassi

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23323-GLT |
| Mary C. Andreassi | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

**Recip ID    Recipient Name and Address**
db    + Mary C. Andreassi, 715 West Penn Street, Butler, PA 16001-4141

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

**Name    Email Address**

Brian Nicholas
    on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Dai Rosenblum
    on behalf of Debtor Mary C. Andreassi Jody@dairosenblumbankruptcy.com
    Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com  g33605@notify.cincompass.com

Steven P Kelly
    on behalf of Creditor LOANCARE  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com